### 3415.  PRUITT v. PACE.

HILL, C. J.  This was a foreclosure of a laborer's lien claimed under
section 2792 of the Civil Code of 1895, now section 3334 of the Civil
Code of 1910; and, the evidence of the alleged "laborer" clearly show-
ing that he was not a "laborer," in the sense in which that word is
used in the statute, there was no error in sustaining the certiorari
and in entering final judgment against him.  The case is fully con-
trolled by the decision in *Howell* v. *Atkinson*, 3 *Ga. App.* 58 (59 S. E.
316).                                                    *Judgment affirmed.*
                    DECIDED DECEMBER 19, 1911.

Certiorari; from Floyd superior court—Judge Maddox.  March
25, 1911.

The work on account of which a laborer's lien was claimed was
done in a furniture store, under an agreement that the plaintiff
was to be paid $25 per month for his work.  He testified: "I was
manager of Mr. Pace's store, and did all the work in connection
with the running of the said store, including the keeping of the
books, looking after his collections, and the selling of the mer-
chandise.  I also opened up the store in the morning, swept up
the store, and, with the assistance of the liveryman hauling the
furniture, loaded and unloaded it on the dray."

*Eubanks & Mebane,* for plaintiff.

*Ennis & Shaw,* for defendant.